In the Matter of the Claim of VITA STOLPI, Respondent, against NATIONAL CANDLE COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— The board found that employee sustained accidental injuries in the nature of heat prostration which caused his death. The award of death benefits is sustained by the evidence. Award affirmed, with costs to the Workmen's Compensation Board. All concur. [See *post,* p. 960.]

In the Matter of the Claim of DOMINIC FERREIRA, Respondent, against HAROLD G. SUTHERLAND et al., Doing Business as GEORGE F. SUTHERLAND AND SONS, Appellants, and J. TRUMAN BURD et al., Doing Business as HOSTRANDER & BURD BROS., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by alleged employers from an award for disability under the Workmen's Compensation Law. The former Industrial Board found that claimant was an employee of the copartnership George F. Sutherland & Sons. It also found that said employers were noninsured. There was evidence to sustain these findings. Award affirmed, with costs to the Workmen's Compensation Board and the respondents Ryon, to be divided equally, with disbursements to each. All concur. [See *post,* p. 961.]

In the Matter of the Claim of ARTHUR GROSS, Respondent, against CAPITOL HAT BLOCK Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by employer and carrier from a decision and award by the Workmen's Compensation Board dated February 21, 1945. This claim was before the court in May, 1943 (266 App. Div. 808). By order of this court the claim was remitted to the Industrial Board. After hearings the board granted an award from which the present appeal was taken. The record justifies the decision. Award and decision affirmed, with costs to the Workmen's Compensation Board. All concur.

In the Matter of the Claim of HONORAH HAMILTON, Respondent, against FONDA CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by the employer and carrier from an award. The employee was injured while operating a metal stamp press. The evidence sustains the finding of the board. Award affirmed, with costs to the Workmen's Compensation Board. All concur.

In the Matter of the Claim of MICHAEL SAPONARA, Respondent, against JILL BROTHERS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by employer and its insurance carrier from a decision of the Workmen's Compensation Board affirming an award in claimant's favor. On August 16, 1929, claimant sustained accidental injuries arising out of and in the course of his employment. The injuries resulted from a collision between two trucks. Claimant made a settlement with a third party as a result of the injuries. The only question in this case is whether or not the insurance carrier is estopped from asserting its rights under section 29 of the Workmen's Compensation Law. The board found upon sufficient evidence that claimant's settlement was induced by the appellant insurance carrier, that it participated therein and that it advised the claimant to make the settlement. The board found that by reason of its conduct the insurance carrier is estopped from objecting to an award for deficiency compensation. The proof sustains the findings. Award affirmed, with costs to the Workmen's Compensation Board. All concur. [See *post,* p. 961.]